# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1768
Lower Tribunal No. 21-27013
_____

## Nonstop Management LLC, et al.,
Appellants,

vs.

## Alejandro Granado, et al.,
Appellees.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Josef Timlichman Law, PLLC, and Josef Timlichman, for appellants.

Brodsky Fotiu-Wojtowicz, PLLC, and Benjamin H. Brodsky, for appellees.

Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").